

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/18/2013

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 12-35030 |
| James C Elliott and Harriett Elliott | § | |
| | § | CHAPTER 13 |
| DEBTOR(S) | § | (Docket No. 70) |

## ORDER ON
## DEBTOR(S)' OBJECTION TO CLAIM NO. 11
## OF INSOLVE RECOVERY, LLC

The Court having considered *Debtor(s)' Objection to Claim No. 11 of INSOLVE RECOVERY, LLC*, it is hereby:

**ORDERED** that Claim No.11 of INSOLVE RECOVERY, LLC is disallowed.

It is further **ORDERED** that INSOLVE RECOVERY, LLC shall pay **The Sughrue Law Firm, PLLC** reasonable attorneys' fees and costs in the amount of $420.00 no later than fifteen (15) days from the entry of this order.

Signed: March 18, 2013

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE